```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


ROBERT PETERSON,                :
a/k/a Parrish Chandler,         :
                                :   Civil Action No. 10-4756 (RBK)
            Plaintiff,          :
                                :
            v.                  :   ORDER
                                :
JAMES HERLIHY, et al.,          :
                                :
            Defendants.         :   CLOSED
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this   23rd   day of   September  , 2010,

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form Application, for use by a prisoner, to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> in a Civil Rights Case; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Plaintiff's writing shall include either (1) a complete <u>in</u> <u>forma</u> <u>pauperis</u> application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison

at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

s/Robert B. Kugler
Robert B. Kugler
United States District Judge
